UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:19-00274

UNITED STATES OF AMERICA
V.

JESSE APPLEGATE

(list each defendant appearing at hearing)

Judge: William L. Campbell
Hearing Date: June 19, 2020
Location: ● Nashville  ○ Columbia  ○ Cookeville
Court Reporter: Patty Jennings
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Rascoe Dean for Joshua Kurtzman

Defense Attorney(s): Dwight Scott

## TRIAL PROCEEDINGS

1. Jury Trial*
2. Non-Jury Trial*
3. Sentencing Hearing Contested* ✓
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Defendant sentenced to a term of imprisonment of 72 months and a term of supervised release of 3 years; no fine; no restitution, special assessment of $200; advised of right to appeal; judgment to enter.

Total Time in Court: 1 hour

Kirk L. Davies, Clerk of Court
by: Angie Brewer