IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:19-cr-00274 |
| | ) | |
| JESSE APPLEGATE | ) | JUDGE CAMPBELL |

## ORDER

On July 11, 2025, the Court held a hearing on the pending petition (Doc. No. 61) regarding violations of Defendant on conditions of supervised release. The defendant admitted the violations in the petition and was adjudged guilty.

For the reasons stated on the record, the Court will hold a sentencing hearing on these violations on October 17, 2025, at 1:30 p.m.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE