IN THE UNITED STATES OF AMERICA DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO.: 3:19-cr-00274 |
| | ) Chief Judge William Campbell |
| JESSEE APPLEGATE | ) |

**UNOPPOSED MOTION TO TEMPORARILY RELEASE TO STATE CUSTODY**

Jessee Applegate, by and through his counsel, Meggan B. Sullivan, moves this Court to temporarily release Mr. Applegate to state custody and in support states thereof states:

Mr. Applegate has a competing state matter where a warrant for failure to appear is outstanding. ON July 16, 2025, Judge Reid Poland of Montgomery County, Tennessee signed a Writ of Habeas Corpus Ad Prosequendum. The Montgomery County Sheriff's Office to take temporary custody from the US Marshal's Office of Jesse Applegate on July 29, 2025 at 1:30 pm for a court date until its conclusion.

Undersigned has spoken with the US Marshal's Office and an order from this Court allowing for such release is needed.

DATE: July 24, 2025

RESPECTFULLY,

/s/ Meggan B. Sullivan
MEGGAN B. SULLIVAN
222 2nd Avenue North
Suite 1700
Nashville, TN 37209
(615) 457-0449
megganbsullivan@gmail.com

CERTIFICATE OF SERVICE
I hereby certify that a copy of this Motion has been served on all parties via the Court's CM/ECF system and electronic mail on July 24, 2025.
/s/ Meggan B. Sullivan