RECEIVED
AUG 25 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

United States District Court
for Middle District of Tennessee
Division

United States of America

VS

Jesse Applegate          (8-19-25)

CASE # 3-19CR00274-001

Judge: William Campbell JR
Assistant US Attorney Joshua Kurtman

Petitioning the Court

To dismiss legal Council and to have a hearing to explain why I can't get nothing done with her tryed over and over to contact her she will not answer phone or set up video call here at Warren Co Jail from my understanding I was going to RRC in Nashville for 12 month program with classes now I have another court date no one can tell me whats going on can I please get some understanding and help getting new lawyer please + thank you!  →

I don't understand I signed to Go to RRC program but couldn't Go with outstanding warrant now that I have Got the FTA taking care of I need to Go to RRC like I signed for was told it would take no time at all once I got done with Clarksville been done almost a month now can I please Get some help with Getting to my program like I was told on July 11th at 10:00 AM check court records please and thank you! need a lawyer or legal advice

Jesse Applegate 115142
920 Kentucky St
Bowling Green Ky 42101
Warren Co Jail

Warren County Regional Jail
UNCENSORED
Inmate Mail

37203-709499

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN
RECEIVED
AUG 25 2025

NASHVILLE TN 370
21 AUG 2025 PM
FIRST-CLASS
US POSTAGE Pitney Bowes
ZIP 42101
02 7H
000601 04381
$000.74
AUG 20 2025

Federal court
U.S. District Court
Judge: William Campbell JR
719 Church Street
Nashville Tn 37203