RECEIVED
SEP 02 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Assistant U.S. Attorney Joshua Kurtzman yes Sir my name is JESSE Applegate #26318-075 Docket #3-19CR00274-001 Sir I came to Judge Campbell court on July the 11th at 10:00 AM with Megan Sullivan as my lawyer days before I had a FTA put on me in Clarksville, TN for not showing on my domestic I was O.R. on 4-30-25 because NO transport order was put in now on July 11th your court a fill in for you sent me to R.R.C. program in Nashville as soon as I got FTA taking care of in Clarksville said would bring me back to court with transport order and RRC would pick me up at court house there on Church St now almost two months later I am still here All my petition to court is getting toned down Mrs. Sullivan is not answering phone, letters family calls nothing can someone please look at what I signed in your court and what I was told I am doing free Jail time Sir this is NOT RIGHT can I please get some help in this matter Mrs Sullivan told state P.O. officer in Clarksville by phone on the 29 of July I could report on 8-6-25 →

Now its looking like I am fixing to get a probation violation like I got a F.T.A. on my lanyer neglection sir please help me get what I signed for on 7-11-25 at 10:00 am can see on copy what I filled out awa what was told to state p.o. in Clarksville, Tn thank you for your time in this matter

Jesse Applegate
August 26th 2025
4:00 pm

JESSE Applegate 1151142
920 Kentucky St
Bowling Green Ky 42101
Warren Co Jail

U.S. District Court
Middle District of TN
RECEIVED
SEP 02 2025

NASHVILLE TN 370
28 AUG 2025 AM

FIRST-CLASS

ZIP 42101
0006104481
US POSTAGE $000.740
AUG 27 2025

Warren County Regional Jail
UNCENSORED
Inmate Mail

U.S. Federal Court
Att: Joshua Kurtzman
719 Church St
Nashville TN 37203