# ADULT PROBATION SERVICES

## PROBATION OFFICER: NATALIE DELACRUZ

### PHONE REPORT SCHEDULE:

| | | |
|---|---|---|
| MONDAY | 10:00AM – 11:00AM CST | **REPORTING #** (931) 648-2240 |
| WEDNESDAY | 2:30PM – 3:30PM CST ✳ | (DO NOT FAX REPORT SHEETS) |

## PLEASE OBSERVE THE FOLLOWING:

- Reporting will be either weekly or bi-weekly based on your compliance. Report as scheduled
- Call ONLY at your assigned reporting day and time (CST)
   - Calls will be taken in the order received; you must hold until your call is transferred
- If you hang up before speaking with your officer, it will be counted as a missed report
   - Do not attempt to discuss your case with the receptionist; address all matters directly with your Probation Officer
- Payments must be made in the form of money order and/or cashier's check
   - Personal checks are NOT accepted
- Two separate money orders are to be mailed to your probation officer monthly
   - One made out to "**Adult Probation Services**" for probation fees
   - One made out to "**General Sessions Court Clerk**" for fines and court costs (931)648-5700
- You must submit copies to the following for your file:
   - A copy of your driver's license and social security card & proof of employment
   - Proof of attendance/completion of all conditions of probation
- All probationers are subject to random drug screens
   - Failure to submit to a screen as directed will result in a violation warrant being issued
   - It is your responsibility to located a facility in your area to have drug screens administered
   - It is your responsibility to ensure that drug screens results are forwarded to your Probation Officer as directed
- All phone/mail-in reporters are required to
   - Mail in a "completed" reporting sheet with monthly payments (leave no blanks)
   - Report all personal changes (i.e. address, employment, etc.) to your Probation Officer
- Reporting my phone/mail is a privilege – missing reports and/or failing to comply with the conditions of probation/reporting will result in a violation warrant being issued and may result in phone and mail report privileges reverting to in-person reporting.

### MAILING REPORT SHEET TO:

Adult Probation Services
Attn: PO Natalie DelaCruz
121 South 3rd Street
Clarksville, TN 37040

*Be sure to include Attn: Probation Officer for faster processing

---

NEXT REPORT DATE: 8/6/25
REPORTING TIME: 2:30-3:30pm (3pm)
NEXT PAYMENT DUE: 8/1/25

PAYMENT SCHEDULE:
Adult Probation Svcs $ 40 per month
General Sessions Clerk $ 50 per month

# OFFENDER INFORMATION AND PAYRECORD

CI: **YES** OR: DE: QC:

| JAIL CASE | SOCIAL SECURITY NUMBER | JUDGE | ASSIGNED PO |
|---|---|---|---|
| **YES** / NO | [redacted] | Massey | PB-NAD |

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| Applegate | Jesse | Ronald |

| PHYSICAL ADDRESS (NO P.O. BOX) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| RRC | Nashville | TN | |

| MAILING ADDRESS (IF DIFFERENT THAN ABOVE) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 505 Ben Allen Rd | Nashville | TN | 37216 |

| HOME PHONE NUMBER | CELL NUMBER | ALTERNATE CONTACT (NAME / #) | ALTERNATE CONTACT (NAME / #) |
|---|---|---|---|
| | | 615 226 9353 | Oma Applegate (Mom) |

| WORK NUMBER | EMPLOYER | JOB TITLE | SUPERVISOR |
|---|---|---|---|
| | none | | |

| RACE | AGE | DATE OF BIRTH | SEX | HGT | WGT | HAIR | EYES | SCARS/TATTOOS |
|---|---|---|---|---|---|---|---|---|
| W | 43 | 11-9-[redacted] | M | 61 | 200 | Black | Green | A lot |

| DRIVER'S LICENSE NUMBER | STATE | EXPIRATION DATE | IF REVOKED EXPLAIN REASON: |
|---|---|---|---|
| unknown | TN | | |

| ALREADY ON PROBATION or PAROLE? | IF YES, IN WHAT COUNTY | WHAT IS THE NAME & PHONE # OF YOUR PO? |
|---|---|---|
| ☒ YES ☐ NO | Nashville | James Foster |

| COURT DATE | TERM OF PROBATION | POST TRIAL ☐ Diversion (40-35-313) | PRE-TRIAL ☐ Diversion (40-15-105) |
|---|---|---|---|
| 7/29/2025 | 11 months 29 days | | |

| DOCKET / TICKET # | OFFENSE / CHARGE | DISP | TERM | JAIL | CONS | CONC |
|---|---|---|---|---|---|---|
| 63GS1-2025CR-4371 | Domestic Assault | G | 11/29 | | | |
| 63GS1-20 -CR- | | | | | | |
| 63GS1-20 -CR- | | | | | | |
| 63GS1-20 -CR- | | | | | | |

| RESTITUTION $ | PAY TO: |
|---|---|

| TOTAL OWED $ | PAID TODAY $ | BALANCE DUE $ | PAYMENT SCHEDULE | START DATE |
|---|---|---|---|---|

☐ TWO (2) DAYS AFTER COURT DATE: CALL THE GENERAL SESSIONS COURT CLERK'S OFFICE @ (931) 648-5700 FOR FINE & COURT COST TOTAL(S)

☐ JAIL TIME
☐ REPORT TO THE PROBATION WITHIN 48 HRS OF RELEASE
☒ PROBATION SUPERVISION FEES — $40 1st month / $40 per month

\* in federal custody Warren County KY

☐ ANGER MANAGEMENT
☒ BATTERER'S INTERVENTION
☐ DRUG SCREEN FEES $ ___ per screen

☒ PHONE/MAIL — living at RRC center in Nashville
☒ DRUG SCREENS "RANDOM"
☐ DUI SCHOOL
☐ LOSS OF LICENSE
☐ DRUG/ALCOHOL TREATMENT
☐ DRUG/ALCOHOL ASSESSMENT
☐ NO CONTACT WITH VICTIM

ORIENTATION DATE: _____
1st APPOINTMENT: 8/6/25 2:30-3:30 pm by phone

BRING COPY OF DRIVER'S LICENSE, SOCIAL SECURITY CARD & PROOF OF EMPLOYMENT TO 1st VISIT

I acknowledge receipt of a copy of the court's conditions of probation and a copy of my specific sentence. Furthermore, my probation conditions were fully explained to me by the undersigned probation officer/court aide.

7-29-25 / Date
_____ / Probationer
Natalee Deboo 7/29/25 / Probation Staff (931) 648-2240

# IN THE GENERAL SESSIONS COURT OF MONTGOMERY COUNTY, TENNESSEE

**STATE OF TENNESSEE**

VS     Jesse Applegate
**Defendant**

Case No. 63SG1- 2025-CR-4371
Case No. 63SG1- _____

## Order of Probation

THIS CAUSE, coming to be heard before the Honorable _Sharon Massey_, and the above named defendant, having on the _29_ day of _July_, 20_25_ BEEN CONVICTED of the OFFENSE(S) of _Domestic Assault_, and on said date having been sentenced to a term of _11 months 29 days_, with _0_ days to serve in the Montgomery County Jail and further having timely moved for suspension of sentence pursuant to section 40-35-302, Tennessee Code Annotated. Whereupon, it is ordered and adjudged by the Court that: The defendant, having been granted the privilege of serving all or part of the above stated sentence on probation, is hereby sentenced to the following conditions of probation:

1. I will obey the laws of the United States, or any State in which I may be, as well as any municipal ordinances.
2. I will report all arrests, law violations, and/or contact with Police, immediately to my Probation Officer, including traffic violations, regardless of the outcome.
3. I will not receive, own, possess, ship or transport any firearms, ammunition, or any illegal weapons.
4. I will work at a lawful occupation and support my dependents, if any, to the best of my ability.
5. I will inform my Probation Officer before changing my residence or employment. I will get permission from my Probation Officer before leaving the county of my residence or the State.
6. I will allow my Probation Officer to visit my home, employment site, or elsewhere, and will carry out all instructions he/she gives me. I will report to my Probation Officer as given instructions to report.
7. I will not use intoxicants of any kind (beer, whiskey, wine, etc.) to excess. I will not use nor have in my possession narcotic drugs or marijuana.
8. I will not enter an establishment whose prime purpose is to sell alcoholic beverages (bars, taverns, liquor stores, etc.). I will submit to random drug screens as directed.
9. I will pay all required fees (fines, costs, restitution, supervision, drug screen, program fees, etc.) as instructed.
   $_All Costs_ for case#63GS1- _2025-CR-4371_ plus costs (call Clerk's Office for total)
   $_____ for case#63GS1- _____ plus costs (call Clerk's Office for total)
   * Supervision fees are $ _40_ first month, then $ _40_ per month;
10. I will attend, complete, participate in, and pay for (if applicable), the following programs/special conditions imposed by the court, to Wit: _Complete BIP program, Report by Phone/mail_

11. Defendant shall report: ☐ Weekly    ☐ Bi-weekly    ☐ Monthly    ☒ Phone Report    ☒ Mail Report

IT IS FURTHER ORDERED BY THE COURT, and the defendant is hereby advised that the Court may, at any time, revoke any condition of this probated sentence. The probationer shall be subject to arrest for violation of any condition of the probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law.

Entered this _29_ day of _July_, 20_25_

_[signature]_ 7-29-25
**Probationer/date**

Signature on file _____
**Presiding Judge**

_Natalie DeGry_ 7/29/25
**Probation Staff/date**

JESSE Applegate 1151142
920 kentucky St
Bowling Green Ky 42101
Warren Co Jail

Warren County Regional Jail
UNCENSORED
Inmate Mail

NASHVILLE TN 370
28 AUG 2025 AM 5 L
RECEIVED
SEP 02 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN
FIRST-CLASS

U.S. Federal court
Att: Joshua Kurtzman
719 Church St
Nashville TN 37203

ZIP 42101
02 7H
0006104481
US POSTAGE PITNEY BOWES
$ 000.74⁰
AUG 27 2025

37203-