RECEIVED

SEP 26 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

yes I have filed a couple pettions in my CASE both have been tured down for what reason I dont know never wrote me back I have took my lawyer off my CASE AND WAS told by pubic defender office can't Give me one till court. AND can't talk to me no more with no lawyer from there office. AGAin I was released on July 17th to RRC program in Nashville After hold for FTA in Clarksville for not taking to court After Transport order not filed been taking care of months AGO now look the reason I'm writing you'll today is because want to know if you can Get everything ready for me to Go to program now on my court date Oct 17th just trying to do what I signed to in court in July tired off the run Around please help me help myself Go to program and then Go home Nobody wants freedom like myself please + thank you for your help in this matter just trying to make sure everything ready on court side And my side thank you Agin

JESSE AppleGATE Mon. Sept 22 11:00Am

JESSE Applegate 1151742
920 Kentucky St
Bowling Green Ky 42101
warren Co. Jail

Warren County Regional Jail

UNCENSORED

[ ] Inmate Mail

RECEIVED

SEP 26 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

NASHVILLE TN 370
24 SEP 2025 AM 11

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 42101
02 7H
0000104481

$ 000.74°

SEP 23 2025

FS

United States District Court
719 Church St.
Nashville, Tn 37203
Judge William Campbell court
U.S. Attorney william Philips william Kilwilliwilman

37203-709499