IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO.: 3:19-cr-00274 |
| v. | ) | JUDGE WILLIAM CAMPBELL |
| | ) | |
| JESSEE APPLEGATE | ) | |

**ORDER**

On September 29, 2025, the Court held a status hearing on the petition alleging violations of supervised release. The Court approved the parties' recommendation for Defendant to be released to serve a period at the residential re-entry center.

It is hereby **ORDERED**, that the defendant shall remain in the custody of the U.S. Marshals Service until a bed at the residential re-entry center (RRC) becomes available. On that date, the U.S. Marshals Service shall transport the defendant to the U.S. Marshal's office in Nashville, Tennessee, 719 Church Street, before 9:00 a.m. where he shall be released to the U.S. Probation Office, who shall facilitate the Defendant's transportation to the RRC.

The defendant will immediately begin residency at the RRC for a period of no less than sixty days (60) but no more than one hundred twenty days (120), as determined by his Probation Officer. While in residency at the RRC, the defendant shall follow all rules and regulations of their facility, participate in outpatient substance abuse and/or mental health treatment, obtain gainful employment and save all earned income to establish personal residency. Any and all subsistence fees related to the RRC placement are waived on condition the defendant provide verification of his saved earnings to the probation officer.

The defendant will be released from the RRC to attend his court appearance in the Middle District of Tennessee and all further court appearances.

IT IS SO ORDERED

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE